IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA DELGADO ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | No. 16-cv-1899 |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## 2-622 AFFIDAVIT

The affiant, RICHARD J. ROSENBLUM, being first duly sworn on oath, deposes and states as follows:

1. I have consulted and reviewed the facts of this case with a physician and surgeon licensed to practice medicine in all of its branches. This physician has been made aware of all the pertinent medical records. I have been provided with a physician's report indicating that there is a reasonable and meritorious cause for the filing of this action. The report of the reviewing healthcare professional is attached to this Affidavit. Based upon the consultation and the conclusions of the consulting physician, I believe there is a reasonable and meritorious cause for the filing of this action.

2. The aforesaid consultation applies to the care and treatment provided to the Plaintiff, PATRICIA DELGADO, by the Cheryl Thompson-Cragwell, M.D.

3. This Affidavit is provided pursuant to 735 ILCS 5/2-622(a).

FURTHER AFFIANT SAYETH NOT.

By: Richard J. Rosenblum ARDC No. 6196970

SUBSCRIBED AND SWORN to before me
this 16th day of March, 2016.

Notary Public

OFFICIAL SEAL
CHRISTINE M BORCHARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/18/17

RUBIN, MACHADO & ROSENBLUM, LTD.
Attorneys for Plaintiff
PATRICIA DELGADO
225 W. Washington St., Suite 1600
Chicago, Illinois 60606
(312) 327-1840
RMRFiling@rubin-machado.com
rrosenblum@rubin-machado.com